# United States District Court

United States District Court
Southern District of Texas
FILED

SEP 23 2016

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Yolanda CERDA-Garza

**CRIMINAL COMPLAINT**

Case Number: M-16-1779-M

AKA:
IAE  YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 26, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, (Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On August 26, 2016, Yolanda CERDA-Garza a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on September 23, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on July 9, 2015 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about July 18, 2015 by wading the Rio Grande River at or near Brownsville, Texas. On November 6, 2014, the defendant was convicted of 8 USC 1324- Harboring aliens within the U.S. for private financial gain and sentenced to twelve (12) months and one (1) day to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA T. Trevino

Signature of Complainant

**Juan Lopez**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

at **McAllen, Texas**
City and State

**September 23, 2016**
Date

**Peter E. Ormsby**    U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer